United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AARON JAMES BAZAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-095 |
| | § | |
| HIDALGO COUNTY DETENTION CENTER | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's civil rights action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the findings and conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the findings and conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 8 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED September 30, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge